## Commonwealth *v.* Vernon, Appellant.

Before MIRARCHI, JR., J., without a jury.

Argued December 16, 1975. *Lester L. Dolfman*, for appellant; *I. Comisky*, with him *Martin L. Trichon, Mark Sendrow*, and *Steven H. Goldblatt*, Assistant District Attorneys, *Abraham J. Gafni*, Deputy District Attorney, and *F. Emmett Fitzpatrick*, District Attorney, for Commonwealth, appellee.

OPINION PER CURIAM: The judgment of sentence of not less than one year or more than twenty years on the Conspiracy Indictment, No. 934, is amended to read for not less than one year or more than ten years, consecutive to the sentence on Indictment Nos. 933 and 935. As so amended, the judgment of sentence is affirmed.